IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CHRISTOPHER M. SWISHER,       :
                                              :
           **Plaintiff,**          :
                                              :
             **VS.**            :         **NO. 4:24-cv-150-CDL-AGH**
                                              :
**Sheriff GREG COUNTRYMAN;**    :
**et al.,**                           :
                                            :
           **Defendants.**      :
                                            :

## <u>ORDER</u>

Plaintiff Christopher M. Swisher, a pretrial detainee in the Muscogee County Jail in Columbus, Georgia, filed a 42 U.S.C. § 1983 action and moved to proceed *in forma pauperis*.  ECF No. 1; ECF No. 2.  On December 2, 2024, the Court ordered Plaintiff to file a certified copy of his trust fund account statement.  ECF No. 5.  On December 18, 2024, this Order was returned to the Court as undeliverable.  ECF No. 6.  Jail officials noted on the envelope that Plaintiff was no longer incarcerated in the Muscogee County Jail.  *Id*.  A check of the Georgia Department of Corrections' website reveals that Plaintiff is not currently incarcerated within the Georgia Department of Corrections. https://services.gdc.ga.gov/GDC/OffenderQuery/jsp/OffQryRedirector.jsp (last visited Dec. 30, 2024).  Plaintiff has failed to provide the Court with any updated contact information.  The Court has no way of locating Plaintiff.

Due to Plaintiff's failure to respond, failure to provide the Court with an updated

address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**.  Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (first citing Fed. R. Civ. P. 41(b); then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

      **SO ORDERED**, this 30th day of December, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA